**Tyree Alphonso ROBERTS, a/k/a Abdiyyah ben Alkebulanyahh, Plaintiff–Appellant,**

v.

**Jon OZMINT; Stan Burtt; Fred B. Thompson; Charles Whitten, Defendants–Appellees,**

and

**Mark Sanford, Defendant.**

No. 06–7465.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Jan. 18, 2007.

Tyree Alphonso Roberts, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyree Alphonso Roberts, a/k/a Abdiyyah ben Alkebulanyahh, appeals the district court's order accepting the report and recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Ac-cordingly, we affirm for the reasons stated by the district court. *See Roberts v. Ozmint,* No. 6:05–cv02324–MBS, 2006 WL 2303183 (D.S.C. Aug. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*